No. 94–8429. McLemore v. Louisiana. Ct. App. La., 2d Cir. Certiorari denied.

No. 94–8434. Luna v. Ohio (two cases). Ct. App. Ohio, Huron County. Certiorari denied.

No. 94–8435. Montgomery v. Taylor, Warden. C. A. 4th Cir. Certiorari denied.

No. 94–8436. Judd v. Peck. Sup. Ct. N. M. Certiorari denied.

No. 94–8437. Mack v. Dime Savings Bank. C. A. 2d Cir. Certiorari denied.

No. 94–8440. Boal v. Department of the Army. C. A. 4th Cir. Certiorari denied.

No. 94–8441. Amiri v. Radio WTOP. C. A. D. C. Cir. Certiorari denied.

No. 94–8444. DeYoung v. Galati, Judge, Superior Court of Arizona, Maricopa County, et al. Ct. App. Ariz. Certiorari denied.

No. 94–8445. DeYoung v. O'Neil, Judge, Superior Court of Arizona, Pinal County, et al. Ct. App. Ariz. Certiorari denied.

No. 94–8447. Nesbitt v. Hyman et al. Ct. App. D. C. Certiorari denied.

No. 94–8448. Aysisayh v. Oden, Superintendent, Oka-loosa Correctional Institution, et al. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–8453. Olinde v. State Farm Fire & Casualty Insurance Co. C. A. 5th Cir. Certiorari denied.

No. 94–8466. McNeil v. Vaughn, Warden, et al. C. A. 3d Cir. Certiorari denied.

No. 94–8470. Flye v. Rocketts et al. C. A. 6th Cir. Certiorari denied.